**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

MELISSA WILSON

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Case No.:  25-18257JKS**

**HEARING DATE:  01/22/2026**

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to the Debtor's proposed plan respectfully objects as follows:

- The Debtor has failed to provide or has provided a deficient valuation of the Debtor's property to the Standing Trustee, and is not cooperating with the Trustee in violation of 11 U.S.C. Section 521(a)(3).

   Specifically,  Need updated Valuation with interior inspection.

- The plan as currently filed fails to address all creditors listed on Schedules D, E and G.  Until a modified plan is filed, correctly addressing these creditors, the Trustee cannot recommend confirmation and will seek denial of this plan.

   Specifically,

   Plan lists car loan as unaffected, but arrears claim filed for $1,783.33.  Plan does not appear to address both mortgages on property.

- Need Fee Disclosure now that debtor is represented by Counsel.

- The automatic stay has elapsed in this case, specifically:
11 USC §362(c)(3)(A) – this is the debtor's second filing within one year and 30 days have now passed without a Motion to Extend Stay being filed.

WHEREFORE, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that confirmation of the Debtor's Chapter 13 plan in its present form be denied.

Dated:  December 16, 2025

By:  /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee